**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Jaimel Demetrius  Smith v. The State of Texas

Appellate case number:   01-22-00365-CR

Trial court case number:  1765558

Trial court:                     208th District Court of Harris County

Appellant's court-appointed counsel filed a brief concluding that the above-referenced appeal is frivolous. *See Anders v. California*, 386 U.S. 738 (1967).  Appellant, acting pro se, has filed a motion requesting access to a copy of the appellate record for use in preparing a response to appointed counsel's brief. *See Kelly v. State*, 436 S.W.3d 313, 315, 318–20 (Tex. Crim. App. 2014).

On December 20, 2022, this Court issued an order granting appellant's motion and ordering the trial court clerk to provide a copy of the record, including the clerk's record, the reporter's record, and any supplemental records, to the appellant within ten days of the date the order issued. We order the trial court clerk to certify to this Court within 15 days of our order the date upon which delivery of the record to appellant was made.  The trial court clerk has not certified the date of delivery and appellant has notified this Court that he has not received a copy of the record. However, appellant does state that he has been moved from the Holliday Unit back to the Lewis Unit.

We order the trial court clerk to provide a copy of the record, as ordered on December 20, 2022, to appellant **within 10 days of the date of this order**.  We further order the trial court clerk to file a certification **within 15 days of the date of this order** stating the date upon which the record was delivered to appellant.  Failure to comply with this order may require this Court to abate the appeal and remand for a hearing in the trial court regarding the failure to provide appellant with access to the record.

It is so ORDERED.

Judge's signature: _____/s/ Peter Kelly_____
               ☑ Acting individually     ☐ Acting for the Court

Date: ____January 31, 2023_____